UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY BUTLER, #1071927 | ) ) ) |
| Plaintiff, | ) ) 2:13-cv-00158-JCM-NJK |
| vs. | ) ) **ORDER** |
| BRIAN WILLIAMS, SR., *et al.*, | ) ) |
| Defendants. | ) / |

Presently before the court is *pro se* prisoner plaintiff Randy Butler's motion for extension of time. (Doc. # 15). Plaintiff requests a 90-day extension to file a response to defendant's motion to dismiss. (*See* doc. # 13). Defendant has not responded.

Plaintiff filed a prisoner civil rights case. (Doc. # 4). The court issued a screening order dismissing all but one defendant. (Doc. # 3). The remaining named defendant has filed a motion to dismiss plaintiff's complaint. (Doc. # 13). Plaintiff seeks a 90-day extension because he represents that since his release from prison, he was arrested for a parole violation and therefore he is no longer in possession of supporting documents he requires to respond to defendant's motion to dismiss.

Provided plaintiff's current incarcerated status, the court finds good cause to warrant an extension of time.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that *pro se* prisoner plaintiff Randy Butler's motion for extension of time (doc. # 15) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the plaintiff shall have **up to, and including, October 28, 2013,** in which to respond to defendant's motion to dismiss.

DATED July 29, 2013.

                                          /s/ James C. Mahan
                                          UNITED STATES DISTRICT JUDGE